FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EAST COAST BROKERS & PACKERS, INC., ET AL | : | CIVIL ACTION NO.: |
| Plaintiffs | : | 3-00-cv-2177 (JCH) |
| v. | : | |
| WILLIAM DUBINSKY & SONS, INC., ET AL | : | |
| Defendants | : | |
| DOMESTIC MUSHROOM CO., INC., ET AL | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3-00-cv-2184 (JCH) |
| v. | : | |
| WILLIAM DUBINSKY & SONS INC., ET AL | : | OCTOBER 16, 2003 |
| Defendants | : | |

### ORDER TO SHOW CAUSE

All parties to the above-captioned cases are hereby Ordered to Show Cause why the Motion to Reopen [Dkt. No. 93] should not be granted.

Failure to respond to this Order or to object to the Motion to Reopen on or before November 10, 2003 will likely result in the granting of this Motion to Reopen.

A show cause hearing is set for **November 20, 2003 at 10:00 a.m.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 16th day of October, 2003.

_____
Janet C. Hall
United States District Judge