# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

East Coast Brokers &  
Packers, Inc., et al  
v  
William Dubinsky & Sons, Inc.  
also dba Dubinsky & Musto & Parmelee, et al

CASE NUMBER: 3:00-CV-2177 (JCH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

William Dubinsky & Sons, Inc., also  
d/b/a Dubinsky & Musto & Parmelee, et al  
Daniel S. Dubinsky

---

11/10/03  
**Date**

00163  
**Connecticut Federal Bar Number**

203-777-3777  
**Telephone Number**

203-782-1721  
**Fax Number**

_____  
**E-mail address**

_____  
Signature

Jonathan J. Einhorn  
**Print Clearly or Type Name**

412 Orange Street  
**Address**

New Haven, CT   06511

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

To all parties — the attached certificate of service

_____  
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Opposition to Motion to Reopen was mailed, postage prepaid, this 10th day of November, 2003, to the following:

Gerard I. Adelman
Weigand, Mahon & Adelman
636 Broad Street
PO Box 2420
Meriden, CT 06450

Sandra K. Davis
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum St.
Hartford, CT 06103-3402

Dominic Fulco III
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103-3185

Lauren M. Nash
U.S. Attorney's Office
157 Church Street, PO Box 1824
New Haven, CT 06510

Stuart A. Margolis
Berdon, Young & Margolis, P.C.
132 Temple Street
New Haven, CT 06510

Valerie S. Carter
Riley & Dever
Lynnfield Woods Office Park
210 Broadway, Suite 201
Lynnfield, MA 01940-2351

William H. Erickson
David J. Elliott
Day, Berry & Howard
Hartford, CT 06103-3499

Michael J. Keaton
Keaton & Associates
1278 W. Northwest Hwy #903
Palatine, IL 60067

Whitton E. Norris III
Davis, Malm & D'Agostine
One Boston Place
Boston, MA 02108

_____
Jonathan J. Einhorn
#CT 00163

8