U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 16  A 10: 22

| | |
|---|---|
| EAST COAST BROKERS & PACKERS, INC., et al.<br><br>v.<br><br>Plaintiffs<br><br>WILLIAM DUBINSKY & SONS INC., also d/b/a Dubinsky & Musto & Parmelee, et al.<br><br>Defendants | CIVIL ACTION NO.<br>3:00-CV-2177 (JCH) |
| DOMESTIC MUSHROOM CO., INC., d/b/a Gourmet's Finest, et al.<br><br>Plaintiffs<br><br>v.<br><br>WILLIAM DUBINSKY & SONS INC., also d/b/a Dubinsky & Musto & Parmelee, et al.<br><br>Defendants | CIVIL ACTION NO.<br>3:00-CV-2184 (JCH) |

**AFFIDAVIT OF STEPHEN P. MCCARRON, ESQ.**

I, Stephen P. McCarron, Esq., state as follows:

1. I am responding to the government's Reply Brief In Further Support Of Motion To Reopen, regarding my contact with agents of the U.S. Department of Agriculture and the U.S. Attorneys Office.

2. As noted on page 2 of the Reply Brief, on February 26, 2002, on behalf of Daniel S. Dubinsky and William Dubinsky & Sons, Inc., I notified USDA in

writing of this Court's Order of December 13, 2001, barring further proceedings against these parties.

3. I never deviated from this position in any conversation with agents of the government. As the Reply Brief indicates I reiterated my position to attorneys with USDA's Office of General Counsel in November and December of 2002, which was the next time I heard from USDA representatives about the matter following my February 26, 2002 letter.

4. I did not hear from anyone about the cases until about a year later, when, on October 3, 2003, I reviewed a voice mail from AUSA Lauren M. Nash. In the voice mail, AUSA Nash advised she would be filing a motion to reopen and wanted to discuss whether it was necessary to do so. I called AUSA Nash on October 3rd and advised her that I could not agree to the motion but that I would like to see the motion before she filed it. AUSA Nash e-mailed the motion to me with the following note: "Pursuant to our discussion, I am forwarding the government's memorandum in support of its motion for leave to pursue the PACA disciplinary action against Dubinsky. I plan to file this next week, Tuesday at the latest. It is my hope that once you review the papers, you will agree with our position. I look forward to hearing from you."

5. On October 8, 2003, I e-mailed AUSA Nash that my clients did not agree to the motion to reopen.

I do solemnly declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Stephen P. McCarron

U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EAST COAST BROKERS & PACKERS, INC., et al.<br><br>      v.<br><br>      Plaintiffs<br><br>WILLIAM DUBINSKY & SONS INC., also d/b/a Dubinsky & Musto & Parmelee, et al.<br><br>      Defendants | CIVIL ACTION NO.<br>3:00-CV-2177 (JCH) |
| DOMESTIC MUSHROOM CO., INC., d/b/a Gourmet's Finest, et al.<br><br>      Plaintiffs<br><br>      v.<br><br>WILLIAM DUBINSKY & SONS INC., also d/b/a Dubinsky & Musto & Parmelee, et al.<br><br>      Defendants | CIVIL ACTION NO.<br>3:00-CV-2184 (JCH) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Affidavits of Daniel S. Dubinsky and Stephen P. McCarron, Esq. were mailed, via first class, postage prepaid the 10th day of December, 2003 to:

      Chambers of The Honorable Janet C. Hall
      U.S. District Judge
      U.S. District Court
      915 LaFayette Blvd.
      Bridgeport, Connecticut 06604

Lauren M. Nash, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, Connecticut 06508

Stuart A. Margolis, Esq.
132 Temple Street
New Haven, Connecticut 06511

Jonathan Einhorn, Esq.
412 Orange Street
New Haven, Connecticut 06511

_____
Louis W. Diess, III