(Tr/Hearing January 10, 2002)

HONORABLE _HALL_
DEPUTY CLERK _BOROSKEY_ (RPTR)/ERO/TAPE _FINKELSTEIN_

TOTAL TIME: ___ hours ___ minutes

DATE _12-18-03_     START TIME _9:45_   END TIME _10:17_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_EAST COAST BROKERS_     CIVIL NO. _3:00cv2172JCH_
§
§                        _LAUREN NASH_
vs.                      §                        Plaintiffs Counsel
§        ☐ SEE ATTACHED CALENDAR FOR COUNSEL
_Wm DUBINSKY + SONS_     §                        _LOUIS DEISS_
§                        Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing      ☐ (confmhrg.) Confirmation Hearing   ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing  ☐ (evidhrg.) Evidentiary Hearing   ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing  ☐ (fairhrg.) Fairness Hearing    ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

☑ .... #93   Motion _TO REOPEN BY USA_          ☐ granted ☐ denied ☑ advisement
☐ .... #___  Motion _____                  ☐ granted ☐ denied ☐ advisement
☐ .... #___  Motion _____                  ☐ granted ☐ denied ☐ advisement
☐ .... #___  Motion _____                  ☐ granted ☐ denied ☐ advisement
☐ .... #___  Motion _____                  ☐ granted ☐ denied ☐ advisement
☐ .... #___  Motion _____                  ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____             ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____             ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____             ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____             ☐ granted ☐ denied ☐ advisement
☐ ........   ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ........   _____                         ☐ filed ☐ docketed
☐ ........   _____                         ☐ filed ☐ docketed
☐ ........   _____                         ☐ filed ☐ docketed
☐ ........   _____                         ☐ filed ☐ docketed
☐ ........   _____                         ☐ filed ☐ docketed
☐ ........   _____                         ☐ filed ☐ docketed
☐ ........   _____                         ☐ filed ☐ docketed
☐ ........   _____                         ☐ filed ☐ docketed
☐ ........   _____                         ☐ filed ☐ docketed
☐ ........   _____ Hearing continued until _____ at _____