THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EAST COAST BROKERS, et al. | : |
| | : |
| v. | : Civil Action  3:00 CV 2177 |
| | : |
| DUBINSKY, MUSTO et al. | : JANUARY 9, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(E), the undersigned, who has appeared in this action as local counsel to assist Attorney Valerie Carter, hereby moves to withdraw her appearance for **WM. BOLTHOUSE FARMS, INC.; THE GARLIC COMPANY; GROWERS EXPRESS; TOM BENGARD RANCH, INC.; RIVER VALLEY MARKETING, INC., SUNRIDGE FARMS, INC.; TURLOCK FRUIT COMPANY, INC.; PATTERSON PICKLE CO.; ROSEMONT FARMS; BENNY'S FARM FRESH PRODUCE; MCKENNA BROTHERS; AND WEIRS FARMS.** The undersigned and her law firm no longer have a relationship with these parties. Lead counsel, Attorney Carter, consents to the withdrawal and has been advised of the provisions of D. Conn. L. R. 83.1.

WHEREFORE, the undersigned respectfully requests that this motion to withdraw appearance be granted.

                                            BROWN RUDNICK BERLACK ISRAELS, LLP

                                            By: _____
                                            Sandra K. Davis (Ct 020175)
                                            Brown Rudnick Berlack Israels LLP
                                            CityPlace I, 185 Asylum Street
                                            Hartford, CT 06103
                                            860-509-6500 - Phone
                                            860-509-6501 - Fax

## CERTIFICATE OF SERVICE

This is to certify that on this 9th day of January, 2004, a copy of the foregoing was mailed, 1st Class, postage prepaid, to the following:

Valerie S. Carter, Esquire
530 Atlantic Ave
3rd Floor
Boston MA 02210

Dominic Fulco, III
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103-3185

Stuart A. Margolis, Esquire
Beadon, Young & Margolis, P.C.
132 Temple Street
New Haven, CT 06510

David J. Elliot
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499

Jonathan J. Einhorn
412 Orange St.
New Haven, CT 06511

Lauren M. Nash
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

Stephen P. McCarron
McCarron & Diess
4910 Massachusetts Ave., NW
Washington, DC 20016

Whitton E. Norris, III, Esquire
C. Michael Malm, Esquire
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108

Louis W. Diess, Esquire
McCarron & Diess
4910 Massachusetts Avenue, N.W.
Washington, D.C. 20019

Michael Keaton, Esquire
David M. Bagdade, Esquire
Keaton & Associates, P.C.
751 Roosevelt Road, Suite 220
Glen Ellyn, IL 60137

Gerard I. Adelman
Weigand, Mahon & Adelman
636 Broad St., Po Box 2420
Meriden, CT 06450

By: _____
Sandra K. Davis

#40180111 v\1 - davissk - x76701!.doc - 2/2238

-2-