FILED
2004 JAN -9 P 2: 19
US DISTRICT COURT
BRIDGEPORT CT

THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

EAST COAST BROKERS, et al.        :

v.                                 :   Civil Action 3:00 CV 2177 JCH

DUBINSKY, MUSTO et al.            :   JANUARY 9, 2004

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(E), the undersigned, who has appeared in this action as local counsel to assist Attorney Valerie Carter, hereby moves to withdraw her appearance for WM. BOLTHOUSE FARMS, INC.; THE GARLIC COMPANY; GROWERS EXPRESS; TOM BENGARD RANCH, INC.; RIVER VALLEY MARKETING, INC., SUNRIDGE FARMS, INC.; TURLOCK FRUIT COMPANY, INC.; PATTERSON PICKLE CO.; ROSEMONT FARMS; BENNY'S FARM FRESH PRODUCE; MCKENNA BROTHERS; AND WEIRS FARMS. The undersigned and her law firm no longer have a relationship with these parties. Lead counsel, Attorney Carter, consents to the withdrawal and has been advised of the provisions of D. Conn. L. R. 83.1.

WHEREFORE, the undersigned respectfully requests that this motion to withdraw appearance be granted.

BROWN RUDNICK BERLACK ISRAELS, LLP

By: _____
Sandra K. Davis (Ct 020175)
Brown Rudnick Berlack Israels LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103
860-509-6500 - Phone
860-509-6501 - Fax

MOTION GRANTED.
SO ORDERED.

2004 JAN 26 P 4:22
US DISTRICT COURT
BRIDGEPORT